Certificate Number: 05781-TXS-DE-041296342

Bankruptcy Case Number: 26-34435



05781-TXS-DE-041296342

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2026, at 2:05 o'clock PM PDT, Lucas Marquez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:  August 6, 2026                    By:      /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title:   President